UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ramon Eddie Mendez,<br><br>  Plaintiff,<br><br> v.<br><br>California Department of Corrections & Rehabilitation, et al.,<br><br>  Defendants. | No. 2:22-cv-1339 KJM KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 27, 2022, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 11. Plaintiff filed objections to the findings and recommendations. ECF No. 13.

On October 11, 2022, plaintiff filed a reply, ECF No. 12, to the nonparty's response by special appearance, which opposed issuance of injunctive relief. Plaintiff's reply is untimely. E.D. L.R. 230(l) (replies due not more than fourteen days after the opposition is filed). However,

/////

1

because plaintiff is a prisoner proceeding pro se, the court considers plaintiff's reply in conjunction with his objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 27, 2022 (ECF No. 11) are adopted in full;

2. Plaintiff's motion for temporary restraining order (ECF No. 6) is denied; and

3. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: January 17, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE